## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Virginia Lee

Printed:  9/30/08

| | |
|---|---|
| Case Number:  08 B 01931 |
| Judge:  Wedoff, Eugene R |
| Filed:  1/29/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  August 14, 2008
Confirmed:  May 8, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,508.00 | |
| Secured: | | 2,356.97 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 151.03 |
| Other Funds: | | 0.00 |
| Totals: | 2,508.00 | 2,508.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,255.20 | 0.00 |
| 2. | Ocwen Loan Servicing LLC | Secured | 3,395.00 | 1,418.97 |
| 3. | Cook County Treasurer | Secured | 785.01 | 785.01 |
| 4. | City Of Chicago | Secured | 4,558.84 | 152.99 |
| 5. | Ocwen Loan Servicing LLC | Secured | 28,794.08 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 694.04 | 0.00 |
| 7. | Illinois Dept of Revenue | Unsecured | 63.31 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 68.75 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 865.79 | 0.00 |
| 10. | Premier Bankcard | Unsecured | | No Claim Filed |
| | | | $ 41,480.02 | $ 2,356.97 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 67.72 |
| 6.5% | 83.31 |
| | $ 151.03 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Johnson, Virginia Lee

Printed:  9/30/08

Case Number:  08 B 01931

Judge:  Wedoff, Eugene R

Filed:  1/29/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

